SAMUEL YANKLOWITZ, by BARNEY YANKLOWITZ, His Guardian ad Litem, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann and Davis, JJ.; Whitmyer, J., not sitting.

In the Matter of the Claim of PETER COMESKI, Respondent, against HALCOMB STEEL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Motion granted. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Application of the BELMAR CONTRACTING Co., INC., for a Certiorari Order against Mayor GEORGE R. HALPIN and Others, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Application of MARTHA J. SMITH, as Sole Executrix, etc., of MARY J. SMITH, Deceased, Petitioner, for a Certiorari Order against MICHAEL F. LOUGHMAN, President of the State Tax Commission, and Others, Constituting the State Tax Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements, on the authority of *People ex rel. Nash* v. *Loughman* [*ante*, p. 549], decided herewith. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

ROBERT J. LANDON, Appellant, v. CHARLOTTE LIPKIND and Another, Respondents.— Motion denied, and appeal finally dismissed, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

ELEANOR BAGGETT TYLER, Respondent, v. ETHEL N. JAGER and Another, Appellants.— Motion granted, without costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of FREMONT F. WILLIAMS, an Attorney.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

IRA CONKLIN, JR., Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects appeal by July 1, 1927, and pays said costs, in which event motion is denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

INTERSTATE PLUMBING SUPPLY Co., INC., Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects appeal by July 1, 1927, and pays said costs, in which event motion is denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

FREDERICK F. KOOKOGEY, Appellant, v. CHARLES A. O'HARA, Impleaded with Others, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Judicial Settlement of Account of Proceedings of JESSE CROUNSE, as Executor, etc., of NICHOLAS SICKLES, Deceased.— Motion granted, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEHIGH VALLEY RAILWAY COMPANY and LEHIGH VALLEY RAILROAD COMPANY v. THE STATE TAX COMMISSION.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.